THOMAS P. RILEY, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

**Attorneys for Plaintiff**
**G & G Closed Circuit Events, LLC**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G Closed Circuit Events, LLC, | **CASE NO. 3:18-cv-05533-JD** |
| Plaintiff, | **STIPULATED JUDGMENT** |
| vs. | |
| Mark Daniel Bozin, et al., | |
| Defendants. | |

## TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEY/S OF RECORD:

Plaintiff G & G Closed Circuit Events, LLC and Defendants Kevin Cassidy Sprenger, and KRM, LLC., d/b/a Sprengers Tap Room, hereby stipulate and respectfully request that judgment in the amount of Forty Thousand Dollars (U.S. $40,000.00), inclusive of attorneys' fees and costs, be entered in favor of Plaintiff G & G Closed Circuit Events, LLC, and against Defendants Kevin Cassidy Sprenger, and KRM, LLC., d/b/a Sprengers Tap Room.

The Parties, and each of them, waive any and all rights to seek a stay of enforcement of said judgment and further request that this Honorable Court enter the requested and stipulated judgment only in the event of default of the Parties' settlement agreement and written notification of same to this Honorable Court by counsel of record.

///

Dated: 12/6/18

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley, Esq.
Attorneys for Plaintiff
G & G CLOSED CIRCUIT EVENTS, LLC

Dated:

1-7-19

**KEVIN CASSIDY SPRENGER**
Individually and as Authorized Representative as KRM, LLC

///
///
///
///
///
///
///
///
///
///
///
///

1  THOMAS P. RILEY, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   G & G Closed Circuit Events, LLC

7

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G Closed Circuit Events, LLC, | CASE NO. 3:18-cv-05533-JD |
| Plaintiff, | [Proposed] ORDER GRANTING STIPULATED JUDGMENT |
| vs. | |
| Mark Daniel Bozin, et al., | |
| Defendants. | |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEY/S OF RECORD:**

Plaintiff G & G Closed Circuit Events, LLC and Defendants Kevin Cassidy Sprenger, and KRM, LLC., d/b/a Sprengers Tap Room hereby stipulate and respectfully request that judgment in the amount of Forty Thousand Dollars (U.S. $40,000.00) inclusive of attorneys' fees and costs be entered in favor of Plaintiff J & J Sports Productions, Inc., and against Defendants Kevin Cassidy Sprenger, and KRM, LLC., d/b/a Sprengers Tap Room.

The Parties, and each of them, waive any and all rights to seek a stay of enforcement of said judgment and further request that this Honorable Court enter the requested and stipulated judgment only in the event of default of the Parties' settlement agreement and written notification of same to this Honorable Court by counsel of record.

///

///

**IT IS SO ORDERED**:

The
Unit
Nort

IT IS SO ORDERED

Judge James Donato

Dated: <u>March 12, 2019</u>

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///